JUDGE COTE

07 CV 10373

John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2590

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BROADCAST MUSIC, INC.; SONGS OF UNIVER- )
SAL, INC.; EMI VIRGIN SONGS, INC. d/b/a  )
EMI LONGITUDE MUSIC; KEN ADAMANY, RICK   )
NIELSEN, BRAD CARLSON, ROBIN ZANDER and  )
TOM PETERSON, a partnership d/b/a ADULT  )
MUSIC; SCREEN GEMS-EMI MUSIC, INC.;      )      CIVIL ACTION NO.:
JONATHAN SIEBLES d/b/a LESS THAN ZERO    )
MUSIC; TONY FAGENSON d/b/a SOUTHFIELD    )
ROAD MUSIC; JAMES MAXWELL STUART         )
COLLINS, an individual d/b/a FAKE AND    )
JADED MUSIC; PAUL SIMON d/b/a PAUL SIMON )
MUSIC; EMI BLACKWOOD MUSIC INC.;         )
COUNTING CROWS, LLC d/b/a JONES FALLS    )
MUSIC; ROBERT KUYKENDALL, RICHARD A.     )      RULE 7.1 CERTIFICATION
REAM, BRUCE JOHANNESSON and BRET M.      )
SYCHAK, a partnership d/b/a CYANIDE      )
PUBLISHING,                              )
                                         )
                    Plaintiffs,          )
                                         )
          v.                             )
                                         )
GOTHAM YARD CORP. d/b/a SESSION 73 and   )
PETER CORBERT THOMAS, HUNTER HULSHIZER,  )
and JOSEPH GRILLO, each individually,    )
                                         )
                    Defendants.          )
------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Broadcast Music, Inc. (a private non-

governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

| Plaintiff | Parent |
|---|---|
| EMI Blackwood Music, Inc. | Screen Gems-EMI Music Inc. (100% stockholder) |
| EMI Longitude Music | Screen Gems-EMI Music Inc. (100% stockholder) |
| Screen Gems-EMI Music, Inc. | EMI Group PLC |
| Songs of Universal, Inc. | Vivendi Universal Entertainment LLLP (100% stockholder) |

Dated: November 14, 2007
       New York, New York

BROADCAST MUSIC, INC.

By: _____
John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorney for Broadcast Music, Inc
320 West 57th Street
New York, New York 10019
212-830-2511
Attorney for Plaintiffs

2