United States District Court
Southern District of New York

----------------------------------------------------------------------

| | |
|---|---|
| BROADCAST MUSIC, INC. | ) |
| | ) **Index No.: 07 CV 10373** |
| | ) |
| | ) |
| **Plaintiff** | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| GOTHAM YARD CORP., ET AL. | ) |
| | ) |
| | ) |
| **Defendant** | ) |

----------------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on NOVEMBER 26, 2007 at 12:30 PM at 1359 FIRST AVENUE, NEW YORK, NY 10021, deponent served the within CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 CERTIFICATION, JUDGES RULES, on GOTHAM YARD CORP. D/B/A SESSION 73 therein named.

**CORPORATION/BUSINESS:**   by delivering thereat a true copy of each to PETER CORBET THOMAS personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Male      Race/Skin: White      Hair: Brown      Glasses: No      Approx.  Age: 35      Height: 6'2"      Weight: 190

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of Gotham Yard Corp. d/b/a Session 73.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin Lic. #1103442                                                Executed on: 12/3/07
Target Research LLC

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _____3_____ day of _December_, 2007.
Notary Public                                        My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified In New York County
Commission Expires March 28, 2009

United States District Court
Southern District of New York

-------------------------------------------------------------------------

| | |
|---|---|
| BROADCAST MUSIC, INC. | ) |
| | ) **Index No.: 07 CV 10373** |
| | ) |
| | ) |
| **Plaintiff** | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| GOTHAM YARD CORP., ET AL. | ) |
| | ) |
| | ) |
| **Defendant** | ) |

-------------------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on NOVEMBER 26, 2007 at 12:30 PM at 1359 FIRST AVENUE, NEW YORK, NY 10021, deponent served the within CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 CERTIFICATION, JUDGES RULES on HUNTER HULSHIZER therein named (the intended recipient).

**SUITABLE AGE PERSON:**   By delivering a true copy of each to PETER CORBET THOMAS, the COWORKER of HUNTER HULSHIZER, a person of suitable age and discretion.   Said premises is intended recipient's place of business within the state.

On 12/3/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 1359 FIRST AVENUE, NEW YORK, NY 10021 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Male       Race/Skin: White       Hair: Brown       Glasses: No       Approx.  Age: 35       Height: 6'2"       Weight: 190

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of Hunter Hulshizer.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Teddy Valcin, Lic. #1103442
Target Research LLC

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 12/3/07

Subscribed and sworn to before me, a notary public, on this _____3_____ day of ___December___, 2007.
My Commission Expires: 3/28/09

_____
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

------------------------------------------------------------------------

| | |
|---|---|
| **BROADCAST MUSIC, INC.** | ) |
| | ) **Index No.: 07 CV 10373** |
| | ) |
| | ) |
| **Plaintiff** | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| **GOTHAM YARD CORP., ET AL.** | ) |
| | ) |
| | ) |
| **Defendant** | ) |

------------------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK       ss:

I, TEDDY VALCIN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on NOVEMBER 26, 2007 at 12:30 PM at 1359 FIRST AVENUE, NEW YORK, NY 10021, deponent served the within CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 CERTIFICATION, JUDGES RULES on JOSEPH GRILLO therein named (the intended recipient).

**SUITABLE AGE PERSON:**   By delivering a true copy of each to PETER CORBET THOMAS, the COWORKER of JOSEPH GRILLO, a person of suitable age and discretion.   Said premises is intended recipient's place of business within the state.

On 12/3/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 1359 FIRST AVENUE, NEW YORK, NY 10021 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Male       Race/Skin: White       Hair: Brown       Glasses: No       Approx. Age: 35       Height: 6'2"       Weight: 190

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of Joseph Grillo.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Teddy Valcin, Lic. #1103442                                                    Executed on: 12/3/07
Target Research LLC

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___3___ day of _December_, 2007.
_____ My Commission Expires: 3/28/09
Notary Public

**United States District Court**
**Southern District of New York**

-----------------------------------------------------------------

|  |  |
|---|---|
| BROADCAST MUSIC, INC. | ) |
|  | ) **Index No.: 07 CV 10373** |
|  | ) |
|  | ) |
| **Plaintiff** | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| GOTHAM YARD CORP., ET AL. | ) |
|  | ) |
|  | ) |
| **Defendant** | ) |

-----------------------------------------------------------------

STATE OF New York: COUNTY OF New York        ss:

I, Teddy Valcin, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.   That on November 26, 2007 at 12:35 PM at 1359 First Avenue, New York, NY 10021, deponent served the within Civil Cover Sheet, Summons in a Civil Action, Complaint, Rule 7.1 Certification, Judges Rules, on Peter Corbet Thomas, Defendant, therein named.

**INDIVIDUAL:**   By delivering a true copy of each to said individual personally, deponent knew the person so served to be the person described as said person therein.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Male      Race/Skin: White      Hair: Brown      Glasses: No      Approx. Age: 35      Height: 6'2"
Weight: 190

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Teddy Valcin, Lic. #1103442
Target Research LLC

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 12/3/07

Subscribed and sworn to before me, a notary public, on this _____3_____ day of _December_, 2007.

_____
Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

Target Research LLC  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600