```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
BROADCAST MUSIC, INC., et al.,      :
                                    :
            Plaintiffs,             :
                                    :
   -and-                            :   07 CIV. 10373 (DLC)
                                    :
GOTHAM YARD CORP. d/b/a SESSION 73  :   DECLARATION OF SERVICE
and PETER CORBET THOMAS, HUNTER     :   OF NOTICE OF INITIAL
HULSHIZER, and JOSEPH GRILLO, each  :   PRETRIAL CONFERENCE
individually,                       :
                                    :
            Defendants.             :
                                    :
------------------------------------X
```

## DECLARATION OF JOHN COLETTA

I, John Coletta, state the following, of which I have personal knowledge:

1. I am Assistant Vice President, Legal Affairs, for the Plaintiffs in this action.

2. On Friday, March 7, 2008, I sent a copy of the Notice of Initial Pretrial Conference by e-mail to Defendants' counsel, Lawrence W. Rader.

3. The Court's Individual Practices were served on the Defendants with the Summons and Complaint on November 26, 2007.

I declare under penalty of perjury, pursuant 28 U.S.C. §1746 that the foregoing is true and correct.

Date: April 9, 2008

_____
JOHN COLETTA