UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BROADCAST MUSIC INC.; et al.

        Plaintiffs,

   -v-

GOTHAM YARD CORP., d/b/a SESSION 73 and
PETER CORBERT THOMAS, et al.,

        Defendants.

------------------------------------------------------------------X

07 CIV. 10373 (DLC)
(THK)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-14-08
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
              April 14, 2008

                                                     _/s/ Denise Cote_
                                                     **DENISE COTE**
                                                    United States District Judge