```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
BROADCAST MUSIC INC.; SONGS OF            :
UNIVERSAL, INC.; EMI VIRGIN SONGS, INC.   :
d/b/a EMI LONGITUDE MUSIC; KEN ADAMANY,   :
RICK NIELSEN, BRAD CARLSON, ROBIN         :
ZANDER and TOM PETERSON, a partnership    :
d/b/a ADULT MUSIC; SCREEN GEMS-EMI        :
MUSIC, INC.; JONATHAN SIEBLES d/b/a       :    07 CIV. 10373 (DLC)
LESS THAN ZERO MUSIC; TONY FAGENSON       :
d/b/a SOUTHFIELD ROAD MUSIC; JAMES        :       PRETRIAL
MAXWELL STUART COLLINS, an individual     :    SCHEDULING ORDER
d/b/a FAKE AND JADED MUSIC; PAUL SIMON    :
d/b/a PAUL SIMON MUSIC; EMI BLACKWOOD     :
MUSIC INC.; COUNTING CROWS, LLC d/b/a     :
JONES FALLS MUSIC; ROBERT KUYKENDALL,     :
RICHARD A. REAM, BRUCE JOHANNESSON and    :
BRET M. SYCHAK, a partnership d/b/a       :
CYANIDE PUBLISHING,                       :

                      Plaintiffs,         :

          -v-                             :

GOTHAM YARD CORP., d/b/a SESSION 73 and   :
PETER CORBERT THOMAS, HUNTER HULSHIZER,   :
and JOSEPH GRILLO, each individually,     :

                      Defendants.         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on April 11, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Defendants shall file their answer by **April 18, 2008**.

2. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **April 25, 2008**.

3. No additional parties may be joined or pleadings amended after **April 25, 2008**.

4. The parties are instructed to contact the chambers of Magistrate Judge Katz prior to **April 25, 2008** in order to pursue settlement discussions under his supervision.

5. All fact discovery must be completed by **October 31, 2008**.

6. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **November 21, 2008**
   - Opposition served by **December 12, 2008**
   - Reply served by **December 19, 2008**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

7. In the event no motion is filed, the Joint Pretrial Order must be filed by **November 21, 2008**.

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         April 14, 2008

                                   _____
                                              DENISE COTE
                                   United States District Judge