UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; KEN ADAMANY, RICK NIELSEN, BRAD CARLSON, ROBIN ZANDER and TOM PETERSON, a partnership d/b/a ADULT MUSIC; SCREEN GEMS-EMI MUSIC, INC.; JONATHAN SIEBLES d/b/a LESS THAN ZERO MUSIC; TONY FAGENSON d/b/a SOUTHFIELD ROAD MUSIC; JAMES MAXWELL STUART COLLINS, an individual d/b/a FAKE AND JADED MUSIC; PAUL SIMON d/b/a PAUL SIMON MUSIC; EMI BLACKWOOD MUSIC INC.; COUNTING CROWS, LLC d/b/a JONES FALLS MUSIC; ROBERT KUYKENDALL, RICHARD A. REAM, BRUCE JOHANNESSON and BRET M. SYCHAK, a partnership d/b/a CYANIDE PUBLISHING, | Case No. 07 CV 10373<br><br>**DEFENDANTS CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

                              Plaintiffs,

   - against -

GOTHAM YARD CORP. d/b/a SESSION 73 and
PETER CORBERT THOMAS, HUNTER HULSHIZER,
and JOSEPH GRILLO, each individually,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Defendants GOTHAM YARD CORP. d/b/a SESSION 73 and PETER CORBERT THOMAS, HUNTER HULSHIZER, and JOSEPH GRILLO, by and through their undersigned counsel, certifies that it has no parent corporation and no publicly held corporation owns more than 10% of its member interests.

Dated: April 18, 2008

1

Respectfully submitted,

By: /s/ Lawrence W. Rader  (LR 6594)

Lawrence W. Rader, Esq.

225 Broadway Suite 400
New York, New York 10007
Telephone: (212) 791-5200
Facsimile: (212) 791-5400

*Attorney for Defendants*