

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

August 15, 2008

John Coletta
Assistant Vice President
Legal Affairs

<u>VIA FACSIMILE</u>



RECEIVED AUG 18 2008 CHAM THEOD( US MAGIS.

The Honorable Theodore H. Katz
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    Broadcast Music, Inc., et al., v. Gotham Yard Corp. et al.
           <u>07 Civ. 10373</u>

Dear Judge Katz:

    This letter is advise Your Honor that the parties in the above-referenced matter have arrived at a settlement agreement in principle, and are in the process of finalizing the settlement papers. As a result, the parties would like to cancel the mediation that was scheduled for Tuesday, August 19, 2008. We will advise Your Honor by the end of next week as to the status of the settlement.

Respectfully submitted,

John Coletta

*The conference on August 19 is cancelled. Submit a status letter by August 29, 2008.*

cc:    Lawrence Rader (via e-mail)
       Hon. Denise L. Cote (via First Class Mail)

**SO ORDERED**

8/18/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

320 West 57th Street, New York, NY 10019-3790  (212) 830-2590  Fax: (212) 397-0789  E-Mail: jcoletta@bmi.com
® A Registered Trademark of Broadcast Music, Inc.

TOTAL P.02