```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
BROADCAST MUSIC INC.; SONGS OF           :
UNIVERSAL, INC.; EMI VIRGIN SONGS, INC.  :
d/b/a EMI LONGITUDE MUSIC; KEN ADAMANY,  :
RICK NIELSEN, BRAD CARLSON, ROBIN        :
ZANDER and TOM PETERSON, a partnership   :
d/b/a ADULT MUSIC; SCREEN GEMS-EMI       :
MUSIC, INC.; JONATHAN SIEBLES d/b/a      :
LESS THAN ZERO MUSIC; TONY FAGENSON      :
d/b/a SOUTHFIELD ROAD MUSIC; JAMES       :
MAXWELL STUART COLLINS, an individual    :
d/b/a FAKE AND JADED MUSIC; PAUL SIMON   :
d/b/a PAUL SIMON MUSIC; EMI BLACKWOOD    :
MUSIC INC.; COUNTING CROWS, LLC d/b/a    :
JONES FALLS MUSIC; ROBERT KUYKENDALL,    :   07 Civ. 10373 (DLC)
RICHARD A. REAM, BRUCE JOHANNESSON and   :
BRET M. SYCHAK, a partnership d/b/a      :       ORDER OF
CYANIDE PUBLISHING,                      :   DISCONTINUANCE
                                         :
                         Plaintiffs,     :
                                         :
          -v-                            :
                                         :
GOTHAM YARD CORP., d/b/a SESSION 73 and  :
PETER CORBERT THOMAS, HUNTER HULSHIZER,  :
and JOSEPH GRILLO, each individually,    :
                                         :
                         Defendants.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the

application to restore the action is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
           August 21, 2008

                                          DENISE COTE
                            United States District Judge